UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



George May,                )
                           )
         Plaintiff,        )
                           )
vs.                        )   CASE NO: CV-S-00-760 RLH (LRL)
Mark G. Trato's,           )
Circus Circus              )
Enterprises, Inc.,         )
et. al.                    )
                           )
         Defendant's       )
                           )
_____)

PLAINTIFF'S NOTICE OF AUTOMATIC RECUSAL OF
JUDGE ROGER L. HUNT, FROM THIS CASE HEREIN
AND ALL CASES INVOLVING GEORGE MAY

COMES NOW, plaintiff, George May, and files this his

notice of automatic recusal of Roger L. Hunt, and all judges

in the State of Nevada, and most judges in the State of

California from all cases involving George May, for cause

as follows:

1. The defendant's, and the gaming industry, have made

payments to William Clinton, of in excess of $500,000.00,

for the appointment of Johnnie B. Rawlinson, Roger L. Hunt,

and the judges in the State of Nevada.

2. The plaintiff, George May, has requested that this

case, and Case No; CV-S-98-1322, RLH, CV-S-00-0760, and

case No: CV-S-97-0167 JBR, be transfered to a judge who has

not been paid by the Gaming Industry, Steve Wynn, and the

defendant's.

-1-





3. The plaintiff, George May, has requested that the judgements in case no: CV-S-98-1322, RLH, and CV-S-97-0167, JBR, in which the plaintiff, George May, owns the Registered Copyrighted Trademarks, with priority, Number VA 806-291, VA 806-290, Va 802-384, and VA 813-752, be reversed, and judgement entered for the plaintiff, George May, as the defendant's and the gaming industry has paid the judge in this case, and all judges in the State of Nevada, and most judges in California, to deny the plaintiff's due process rights, his right to a trail against the defendant, and to rob the plaintiff, George May, of his property through the use of devices, and payment to the judges in Nevada, and California.

4. For these reasons, the plaintiff, George May, cannot receive his protected due process rights before a judge paid by the Gaming Industry, and the defendant's herein, thus Roger L. Hunt, and all judges paid by the defendant's and the gaming industry are automatically recused by any case involving George May, by operation of law.

Respectfully submitted

George May
P.O. box 32247
Palm Bch. Gardens
Fl. 33420
561-333-7334

-2-

I hereby certify that a copy of the foregoing was

mailed this June 29, 2000, to:


William E. Cooper
601 East Bridger
Las Vegas, Nevada
89101

Anthony N. Cabot
300 S. 4th St.
#1700
Las Vegas, Nevada
89101

Mark G. Tratos
Quirk 7 Tratos
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada
89109


George May
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
561-333-7334

-3-

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RECEIVED
AND FILED

JUN 26  1 59 PM '00

LANCE S. WILSON
CLERK

BY _____
DEPUTY

| | |
|---|---|
| GEORGE MAY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CV-S-00-760-JBR(RJJ) |
| | ) |
| MARK G. TRATO'S CIRCUS CIRCUS ENTER- | ) June 26, 2000 |
| PRISES, INC., et al, | ) |
| Defendants | ) |
| | ) |

PRESENT

THE HONORABLE HOWARD D. McKIBBEN, CHIEF UNITED STATES DISTRICT
JUDGE
DEPUTY CLERK  FAYE McMILLAN          REPORTER _____ N/A _____
MINUTE ORDER IN CHAMBERS:

The Honorable JOHNNIE B. RAWLINSON having recused herself in this
action and with good cause appearing,

IT IS ORDERED that this action is hereby reassigned to the
Honorable ROGER L. HUNT for all further proceedings.

Counsel are advised that all further documents shall bear the
correct case number of CV-S-00-760-RLH(RJJ).

The Clerk of Court is directed to change the file and docket to
reflect this reassignment.

LANCE S. WILSON, CLERK

BY: _Faye McMillan_
        Deputy Clerk

RECEIVED
AND FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JUN 26  1 59 PH '00

LANCE S. WILSON
CLERK

BY _____
DEPUTY

| | | |
|---|---|---|
| GEORGE MAY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CV-S-98-1322-JBR(LRL) |
| | ) | |
| CIRCUS CIRCUS ENTERTERPRISES, INC.etc) | | June 26, 2000 |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT

THE HONORABLE HOWARD D. McKIBBEN, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   FAYE McMILLAN        REPORTER        N/A

MINUTE ORDER IN CHAMBERS:

The Honorable JOHNNIE B. RAWLINSON having recused herself in this action and with good cause appearing,

IT IS ORDERED that this action is hereby reassigned to the Honorable ROGER L. HUNT for all further proceedings.

Counsel are advised that all further documents shall bear the correct case number of CV-S-98-1322-RLH(LRL).

The Clerk of Court is directed to change the file and docket to reflect this reassignment.

LANCE S. WILSON, CLERK

BY _____
Deputy Clerk

UNITED STATES OF AMERICA

DISTRICT OF NEVADA

George May,                    )
                               )
              Plaintiff,       )   CASE NO: CV-S-98-1322 JBR (LRL)
                               )
vs.                            )
                               )
Circus Circus                  )
Enterprises, Inc.,             )
et. al.                        )
                               )
              Defendant's      )
                               )
_____)

NOTICE OF AUTOMATIC RECUSAL
OF JUDGE HOWARD D. McKIBBEN
FROM THIS CASE HEREIN AND
ALL CASES INVOLVING GEORGE
MAY

COMES NOW, plaintiff, George May, and files this his notice of automatic recusal of Chief judge Howard D. McKibben, and all judges in the State of Nevada, from this case herein, and all cases involving George May, for cause as follows:

1. The plaintiff, George May, was informed by the Federal Bureau of Investigation that all judges in the State of Nevada have received money from the Gaming Industry, and the defendant's herein, as most judges in California.

2. The plaintiff, George May, has requested that this case and case number CV-S-00-0760 JBR, and case No; CV-S-97-0167 JBR, be transfered to a judge who has not been paid by the Gaming Industry, Steve Wynn, and the defendant's.

-1-

3. Plaintiff, George May, has requested that the judge-
ments in these cases, in which the plaintiff, George May,
owns the Registered Copyrighted Trademarks, Numbers VA 806-
291, VA 806-290, VA 802-384, and VA 813-752, be reversed,
and judgement entered for the the plaintiff, George May,
as the defendant's and the gaming industry have payed the
judge in this case to rob the plaintiff, George May, of his
property through the use of devices, and payment to the judges
in Nevada.

4. For these reasons, the plaintiff, George May,
cannot receive his protected Due Process Rights before a judge
paid by the Gaming Industry, and the defendants, herein.

Respectfully submitted

George May
P.O. box 32247
Palm Bch. Gardens
Fl. 33420
561-333-7334

-2-

I hereby certify that a copy of the foregoing was

mailed this June 26, 2000, to:

William E. Cooper
601 East Bridger
Las Vegas, Nevada
89101

Anthony N. Cabot
300 S. 4th Street
#1700
Las Vegas, Nevada 89101

Mark G. Tratos
Quirk & Tratos
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109

George May
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
561-333-7334

-3-

RECEIVED
AND FILED

JUN 22  1 43 PH '00

BY _____
DEPUTY

UNITED STATES OF AMERICA
DISTRICT OF NEVADA

GEORGE MAY,                        )
                                   )
        Plaintiff,                 )
                                   )
Vs,                                )    CV-S-98-1322-JBR(LRL)
                                   )
                                   )    MINUTES OF THE COURT
                                   )    DATED: June 22,  2000
CIRCUS CIRCUS ENTERPRISES,  INC)
  etc                              )
                                   )
        Defendants                 )
_____   )

PRESENT

THE HONORABLE JOHNNIE B. RAWLINSON UNITED STATES DISTRICT JUDGE

DEPUTY CLERK  FAYE MCMILLAN              'REPORTER _____ N/A _____

MINUTE ORDER IN CHAMBERS:

The Honorable JOHNNIE B. RAWLINSON hereby recuses herself in this
action and refers this action to the Chief Judge Howard D. McKibben
for reassignment of all further proceedings.

                        LANCE S. WILSON, CLERK

                        BY _____
                           Deputy Clerk

50

高

**Richard Mosse**
President
APC Realty Advisors
New York
Achievements: A low-key, under-the-radar person who is credited with aligning billions of dollars with investors over the years.



**Ethan Penner**
President
Nomura Capital
New York
Achievements: Nomura's Showcase conferences were serious Good Times. This sometimes rock 'n roll crooner had great taste in hiring musical entertainment (Allman Brothers, Rod Stewart, Don Henley, etc.) to schmooze Nomura's clientele, but he ultimately overextended the firm's lending activities in the late-1990s. He is largely credited with kick-starting lending in 1994 when others were on the sidelines. He now runs his own shop in San Francisco.

**Richard Saltzman**
Managing Director
Merrill Lynch
New York
Achievements: Strong and steady through the years, Saltzman continues to make Mother Merrill one of The Street's top-notch real estate shops.



**Jon Zehner**
Managing Director
J.P. Morgan
London

Achievements: A recent transplant to London, Zehner is concentrating on growing Morgan's European/global operations from its London base. He's got the experience to get it done.

## THE SERVICE-FIRM ELITE

Many would argue that true value comes only after a building breaks out of the ground and people occupy it, whether it is an office building, a hotel, an industrial warehouse, or an apartment community. What then? Sometimes you manage, sometimes you buy, sometimes you exit. That is where these people have made their living.



**Stephen F. Bollenbach**
President, CEO
Hilton Hotels Corp.
Beverly Hills, Calif.
Achievements: From 1990 to 1992, he served as CEO of The Trump Organization. Later, he played key role in restructuring Marriott Corp. into Marriott International and Host Marriott, where he served as president and CEO. As CFO of The Walt Disney Co., the SoCal native played an instrumental role in the $19 billion acquisition of ABC/Capital Cities. Now he's just snatched Promus Hotel Corp. in a $4 billion merger deal.



**John C. Cushman III**
President and CEO
Cushman Realty Corp.
Torrance, Calif.

Achievements: Cushman worked o the largest transaction in the world, a million sq. ft. lease by Merrill Lynch i the World Financial Center that too 17 months to negotiate. In 1978, h and his fraternal twin brother Louis F Cushman founded Cushman Realt Corp. Today, the California-base company has 10 offices; its 1998 trans action value totaled $7 billion.



**Walter D'Alessio**
Chairman
Legg Mason Real Estate Services
Philadelphia
Achievements: In addition to his day job, D'Alessio is involved in Philly in a big way, as EVP of the Philadelphia Industrial Development Corp., as executive director of the Philadelphia Redevelopment Authority and as a board member of numerous companies and organizations.



**James J. Didion**
Chairman
CB Richard Ellis
Los Angeles
Achievements: He started his career with CB Richard Ellis 37 years ago and was elected to chairman and CEO in 1987. Earlier this year, he passed his CEO mantle on to Ray Wirta.



# Hilton

Thomas E. Gallagher
Executive Vice President,
Chief Administrative Officer
and General Counsel

October 27, 1999

Mr. George May
P.O. Box 32247
Palm Beach Gardens, FL 33420

Dear Mr. May:

Your letter to Mr. Bollenbach dated October 20, 1999 has been forwarded to me for response. On December 31, 1998, we spun off our gaming operations to a new public company, Park Place Entertainment Corporation. We have no further involvement with the lawsuits you refer to.

Very truly yours,

Thomas E. Gallagher

*Stophon F. Bollonbach*

*Hilton Hotels in Florida Stophon F Bollonbach Website in Florida*

Hilton Hotels Corporation World Headquarters
9336 Civic Center Drive, Beverly Hills, CA 90210
Tel: +1 310 205 4365   Fax: +1 310 205 7677
email: tom_gallagher@hilton

*PLAINTIFFS TRADEMARK COPYRIGHT*

### ❾ HARD ROCK HOTEL & CASINO ★★★★



Since it first opened its doors, the world's first and only rock n' roll hotel casino has been one of the most hip places to be in Las Vegas. A major expansion effort in 1999 now takes this casual, cool and positively electric resort to a whole new level with additional tower accommodations, an expanded casino and Beach Club, new restaurants, an ultra-modern nightclub and more.

- 670 A/C Rooms & Suites
- 6 Restaurants/3 Bars/Poolside Bar
- Nightclub
- Casino/1,400 Seat Live Concert Venue
- Pool & Beach Club
- Health Club & Spa

### ❿ HARRAH'S CASINO & HOTEL ★★★★




Centrally located on the Strip, this dazzling property is more spectacular than ever with seven specialty restaurants, a tropical pool with private cabanas, a full-service European spa, shopping and non-stop entertainment – all in an unmatched location across from Caesars Palace and The Mirage. Harrah's Casino & Hotel.. "Your biggest nights happen here."

- 2,700 A/C Rooms
- 6 Restaurants/4 Bars/Poolside Bar
- Casino/Live Nightly Entertainment
- Total Gold Player's Club
- Outdoor Pool
- Fitness Center/Spa/Whirlpool/Sauna

### ⓫ HOLIDAY INN BOARDWALK CASINO ★★★★



Located on the Strip next to the Monte Carlo Resort & Casino and across from the MGM Grand, the Holiday Inn Boardwalk Casino offers the friendly atmosphere of a small hotel right in the heart of the fun. A Coney Island theme brightens the large casino. Reasonably priced all-American food is served in the Cyclone Café and at the 24-hour Surf Buffet.

- 654 A/C Rooms & Suites
- 3 Restaurants/2 Bars
- Casino Race & Sports Book
- Live Nightly Entertainment
- 2 Outdoor Pools
- Banquet & Meeting Facilities

### ⓬ IMPERIAL PALACE HOTEL & CASINO ★★★★




From glittering stars to antique cars, the Imperial Palace Hotel & Casino has everything to make your vacation unforgettable. But what really sets this fantastic property apart is an unwavering commitment to serving guests that goes well beyond the customary smile and thank you. You'll immediately notice the difference when you stay here.

- 2,700 A/C Rooms & Suites
- 12 Restaurants/Cutie Stop
- 9 Bars/Poolside Bar
- Casino/Live Nightly Entertainment
- Streisand's Pool with Waterfall
- Exercise Room/Spa/Whirlpool/Sauna

### ⓭ LAS VEGAS HILTON ★★★★



Opened in 1969, the Las Vegas Hilton is one of the world's most renowned resort destinations. Guests enjoy world class casino gaming, along with the finest dining and live entertainment. Also on-site, the new "Star Trek: The Experience" offers an interactive adventure that allows visitors to live the 24th century.

- 3,174 A/C Rooms & Suites
- 13 Restaurants/3 Bars/Poolside Bar
- Casino/Live Entertainment
- Outdoor Pool
- Exercise Room/Spa/Tennis
- Beauty Salon

*SPACE SHIP HOTEL*

### ⓮ LUXOR LAS VEGAS ★★★★



Experience the magic of the pyramids at the magnificent Luxor Las Vegas. Named one of the top hotels in the United States by readers of *Gourmet Magazine*, guests are surrounded with Egyptian-style decor and many amenities including a 120,000 sq. ft. casino, shopping, entertainment for all ages, some of the city's best dining and much more.

- 4,407 A/C Rooms & Suites
- 9 Restaurants/5 Bars/Poolside Bar
- Casino/Live Nightly Entertainment
- 4 Outdoor Pools/Children's Pool
- Exercise Room/Spa/Whirlpool/Sauna
- Game Room

*PLAINTIFF TRADEMARK, COPYRIGHT*

### ❼ MANDALAY BAY RESORT & CASINO ★★★★




Paradise "lost" is found again at Mandalay Bay Resort & Casino. Offering affordable luxury, this hotel features a South Seas theme highlighted by rooms with upgraded amenities, a 12,000 seat arena and the 11-acre tropical "beach" environment. There's also a 30,000 sq. ft. spa, the Rum Jungle nightclub, a House of Blues nightclub and much more.

- 3,300 A/C Rooms & Suites
- 15 Restaurants/5 Bars/2 Poolside Bars
- Casino/Live Nightly Entertainment
- 4 Pools/Lazy River Ride/Wave Pool
- Beach Area
- Fitness Facilities/Spa

### ⓯ MGM GRAND ★★★★




Called "the City of Entertainment," MGM Grand offers excitement for the entire family. This premier hotel is renowned for its push casino, headline entertainment and fabulous dining. Also on-site, the MGM Grand Adventures Entertainment Park (seasonal) boasts rides, shows, street performers, restaurants, shops and more.

- 5,034 A/C Rooms & Suites
- 12 Restaurants/Restaurant Café/4 Bars
- Full Casino/2 Showrooms/Nightclub
- 5/6 Acre Pool Complex with Cabanas and a Health Spa
- Video Arcade/Youth Activity Center

*SUMNER M.
REDSTONE'S
LOCAL OFFICE
IN FLORIDA*

YOUR RECENT CORRESPONDENCE HAS BEEN RECEIVED AND
IT HAS BEEN FORWARDED TO BILL BURNS, ENTERTAINMENT
CENTER DIVISION, FOR REVIEW AND RESPONSE.   ANY
INQUIRY SHOULD BE DIRECTED TO THAT OFFICE AT
TELEPHONE NUMBER 305-832-3330.   THANK YOU FOR
TAKING THE TIME TO WRITE TO US.   YOUR INTEREST IN
BLOCKBUSTER IS APPRECIATED.

JAMES J. BLOSSER
Assistant to the Chairman

2A   THE PALM BEACH POST   TUESDAY, JUNE 30, 1998

# Newsmakers

## Bush calls Springer's show 'waste,' denounces report

*Palm Beach Post Wire Reports*

**George Bush,** speaking on Sunday before a volunteer group, bemoaned a new report that concluded Americans would rather watch TV then pitch in to cure social ills. "Now I know Jerry Springer has wonderful education- al programs, but what a horri- ble waste, give me a break," Bush told more than 1,000 members of the National Points of Light Foundation in New Orleans. "Here you are giving of yourselves to help someone and a lot of kids — not just kids — sit around and watch that trash," he said. Bush said he disagreed with the National Commission on Civic Renew- al's study, which said the United States is "a na- tion of spectators," disengaged from community and government work and overwhelmed by crime, poverty and other problems. "The pic- ture painted in this report, that we are a nation of spectators, does not square with my view of our country, nor yours. I believe we are a nation



**Heads up!**

LAS VEGAS — A graphic on the pyramid-shaped Luxor hotel-casino depicts a hole in its side left by an asteroid Monday. The stunt

was designed by Touchstone Pictures to promote the summer film, *Armageddon,* which opens nationally Wednesday.

LENNOX MCCLENDON/The Associated Press

Michael
D. Eisner
Disney
Advertised
in
Florida
in
Movies
News
etc.
And
on
website
by
Michael
D.
Eisner



SUMNER
M
Redstone
Advertises
on
Web
site
in
Florida
By
SUMNER
M
Redstone

SUMNER M.
Redstone's
Local office
IN Florida

YOUR RECENT CORRESPONDENCE HAS BEEN RECEIVED AND
IT HAS BEEN FORWARDED TO BILL BURNS, ENTERTAINMENT
CENTER DIVISION, FOR REVIEW AND RESPONSE.  ANY
INQUIRY SHOULD BE DIRECTED TO THAT OFFICE AT
TELEPHONE NUMBER 305-832-3330.  THANK YOU FOR
TAKING THE TIME TO WRITE TO US.  YOUR INTEREST IN
BLOCKBUSTER IS APPRECIATED.

JAMES J. BLOSSER
Assistant to the Chairman



**Colin Hayes**
SERVICE MANAGER

4028 North 29th Ave.
Hollywood, FL 33020
E-mail address:
colin.hayes@ac-coin.com

Phone: (954) 927-9374
Fax: (954) 927-9375
Cell: (954) 648-0623
Page: (800) 819-5267

International
Game
Technology

*CHARles
N. MAThowsow
Michael
D.
Rumbolz
offices
in
Florida*

# Toppin' Games

*Michael D Rumbolz*

*CHARLES N. MATHEWSON*



Wheel Of Madness™ puts the wheel in motion for wheel spinning excitement. Your players will experience a whole new way to play Blackjack— every time they hit the button. Get "21" and spin the Wheel Of Madness™ for Big Bonus payoffs! Fantastic visual effects and sound create thrills that will keep your players coming back over and over again.



*ADVERTISES ON WEB SITE*





Bonus Reels Blackjack™ combines the state-of-the-art technology of video slots and the fast paced thrills of Blackjack. If the player wins their hand, the excitement begins! They can hit the button to play the Bonus Reels video slot game for even higher money payoffs!

*AND BY LOCAL DISTRIBUTOR*





Get ready for Big Easy.™ Dice action has taken a spicy new twist. Mardi Gras excitement has come to the Big Easy! This jazzy game lets your customers bet against the House in a fun and easy way. Just roll your die higher, lower or match with the House and you could take home a whole lotta cash.



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a representation of the work entitled **INTERACTIVE GAMBLING MACHINES** deposited in the Copyright Office with claim of copyright registered under number **VA 802-384**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 16, 1998.

Marybeth Peters
Register of Copyrights

By:   Charles Roberts
         Head
Certifications & Documents
   Section
Information and Reference
   Division

Light
Effects.
      noise

INSORt
$1.00

← CRush me

MACHINES
CRushes CANS
Chargs $1.00 EACh
For CRushing

STEEL
WHEELS
CAN BE
USed to
CRush
CANS

For CRushing
only

←→

Logo or Special
design For use
in our reverse
vending Machines

VA 802-384

NOT For Public use
Confidential Property of Georgs May



Confidential, Property of George May
Not For Public

MACHINES THAT Look
Like Aliens, Space
Monsters, Robots, And Space Shi
Eat Crushed cans
And Pay out winnings
of $5,000, $10,000, $100,000
$1,000,000



Light effe
FLAMES, noi·
when crush.
can is
inserted

CRUSHED CANS
CAMS
$5,000 Bonus

CRushed CANS
Deposited
For
Recycling

Robot

- Reverse vending machine

CONFIDENTIAL PROPERTY OF George MAY
NOT FOR PUBLIC

SPACE
MONSTER
Rock

CRUSHED
CANS

$10,000 BONUS

Light
EFFECTS, No
FALLING Rock
WHEN CRUSHED
CAN IS
INSERTED

CRUSHED
CANS
Deposited FOR
RECYCLING

4

Confidential property of
George May not for Public

Space Ship

Crushed Cans
$ 100,000 Bonus

Light effects
FLAMES
Noise
When
Crushed
Can is
Inserted

Light effects
Noise
When Crushed Can
is Inserted

Crushed Cans
$ 1000,000 Bonus

Three Headed
Space Monster

5

Interactive Gambling Machines



*LIBRARY OF CONGRESS*

*Copyright Office
of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached photocopies are a representation of the work entitled **INTERACTIVE GAMBLING MACHINES** deposited in the Copyright Office with claim of copyright registered under number **VA 813-752**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 16, 1998.

Marybeth Peters
Register of Copyrights

By:   Charles Roberts
        Head
Certifications & Documents
    Section
Information and Reference
    Division

Light
EFFEcts.
NOISE

VA 813-752

INSERT
$1.00

OCT 03 1996
COPYRIGHT OFFICE

Interactive Machines
Gambling etc. co.

CRUSH me

MACHINES
CRUSHES CANS
CHARGE $1.00 EACH
FOR CRUSHING

FOR CRUSHING
ONLY

STEEL
WHEELS
CAN BE
USED to
CRUSH
CANS

Logo or Special
design for use
in our reverse
vending MACHINES

NOT FOR PUBLIC USE
CONFIDENTIAL PROPERTY OF George May

Confidential Property of George May

NOT For Public

Machines That Look

Like Aliens, Space

Monsters, Robots, and Space Ship:

Eat Crushed Cans

And Pay out Winnings

of $5,000, $10,000, $100,000

$1,000,000

Light Effect

FLAMES, Noise

WHEN CRUSHED

CAN is

INSERTED

Crushed Cans

Deposited

For Recycling

Robot

-- Reverse Vending Machine

Confidential Property of George May
Not for Public

SPACE
MONSTER

Rock

CRUSHED
CANS

$10,000 BONUS

Light
Effects, Nois
Falling rocks
When Crushed
Can is
inserted

CRUSHED
CANS
Deposited for
Recycling

Confidential property of
Georgs      May   Not for Public



Space ship

Light
Effects

FLAMES
NOISE
When
CRUSHED
CAN is
INSERTED

CRUSHED
CANS

$100,000 BONUS



Light effects
NOISE
When
CRUSHED CAN
is INSERTED

CRUSHED
CANS

$1,000,000 BONUS

THREE
HEADED
SPACE
MONSTER

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 876-700**

EFFECTIVE DATE OF REGISTRATION

8 · 5 · 98
Month    Day    Year

ATE CONTINUATION SHEET.

---

**1**  TITLE OF THIS WORK ▼

NEW FORMS OF GAMBLING MACHINES

PREVIOUS OR ALTERNATIVE TITLES ▼
NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼
NONE

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼
GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1-6-46    NONE

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ PALM BCH. FLORIDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
"ENTIRE TEXT"

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1993 ◄ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ _____ Day ▶ _____ Year ▶ _____
ONLY if this work has been published.    ◄ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
NONE

APPLICATION RECEIVED
AUG. 05 1998

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG. 05 1998

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    DO NOT WRITE HERE
   • See detailed instructions.    • Sign the form at line 10.    Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space.*

**7**

—space deleted—

**8**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

*See instructions.*

**9**

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                         Account Number ▼

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

George May
P.O. Box 32247
Palm Bch. Gardens, Fl. 33420
Area Code and Telephone Number ▶  561-963-5135

*Be sure to give your daytime phone number*

**10**

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
George May                          date ▶ July 29, 1998

Handwritten signature (X) ▼

**11**

MAIL CERTIFICATE TO

| Name ▼ | GEORGE MAY |
|---|---|
| Number/Street/Apartment Number ▼ | P.O. BOX 32247 |
| City/State/ZIP ▼ | PALM BCH. GARDENS, FL. 33420 |

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.*

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

10-23-93

R̶̲̅ ̶̲̅

OCT 27 1993

MIKE RUMBOLD

To; Mike Rumbolz
Circus Circus Hotel & Casino
2880 Las Vegas Blvd. S.
Las Vegas NV 89109

Re; Joint Venture

Dear Mike,

I have a pending winning $160,000,000.00 law suit in Federal
Court against Martin County that can be expanded against the
State of Florida for violating their own Statutes. This legal
advantage could possibly be an avenue to obtain Casino Gambling
in South Florida.

I have a contract to purchase 22,500 acres for an international
airport and theme park in Martin County South Florida.

I have a contract to build the theme park with a company that is
to build a $900,000,000.00 theme park in the Arab States.

I would like to meet with you in either Las Vegas or in Florida
as soon as possible to discuss a joint venture with your firm in
our projects.

Please contact me at 407-627-6776.

Cordially Yours

George May
P.O. Box 32247
P.B.G. Fl. 33420

# CIRCUS CIRCUS
## ENTERPRISES, INC.



MICHAEL D. RUMBOLZ
DIRECTOR
CORPORATE DEVELOPMENT

December 29, 1993

Mr. George May
P.O. Box 32247
P. B. G., Florida 33420

Re: Letters

Dear Mr. May:

We are in receipt of your unsolicited letters dated October 23, 1993 and December 5, 1993, proposing certain ventures with our company.

Please be advised that we are not interested in pursuing any business relationship with you. We also request that you not send us any further letters or proposals. We do not accept any unsolicited information in confidence or with any restrictions as to our use of the information. Should you send us any information in the future despite our request that you not do so, you are hereby notified that such information will be regarded as non-confidential and un-restricted despite any contrary legends that may appear on the material

Very truly yours,

Michael D. Rumbolz
Director of Corporate Development

MDR:cg

mayresp.ltr



PB METER
7001197

**ニ 0 2 4 8** U.S. POSTAGE

LAS VEGAS
DEC 30 '93
NV

PRESORTED
FIRST-CLASS

Mr. George May
P.O. Box 32247
P. B. G., Florida 33420

33426-2247

**CIRCUS CIRCUS ENTERPRISES, INC.**
P.O. BOX 14967, LAS VEGAS, NEVADA 89114-4967

AGREEMENT

THIS AGREEMENT MADE AND ENTERED INTO THIS 1 NOVEMBER 1993 BY
AND BETWEEN THE FOLLOWING PARTIES. MIDDLE EAST CONSTRUCTION
CORPORATION, A DIVISION OF GALAXY BUILDERS AND ENTERTAINMENT
CORPORATION, 547 NORTH RIDGEWOOD AVENUE DAYTONA BEACH,
FLORIDA PHONE 804-253-8182 AND EXECUTIVE 100 INC. POB 32247
PALM BEACH GARDENS, FLORIDA 33450 PHONE 407-627-8776.

IN CONSIDERATION OF THE SUM OF $100. AND OTHER GOOD AND
VALUABLE CONSIDERATION IN HAND PAID BY BOTH PARTIES ONE TO
THE OTHER IT IS HEREBY AGREED AS FOLLOWS:

1. THAT MIDDLE EAST SHALL DEVELOP, DESIGN, AND CONSTRUCT AN
AMUSEMENT LEISURE PARK FOR EXECUTIVE 100 INC. TO BE BUILT IN
A DESIGNATED AREA OF MARTIN COUNTY NOW OWNED OR CONTROLLED BY
EXECUTIVE 100 INC.

2. THE SITE DESIGN AND LOCATION SHALL BE APPROVED BY THE
OWNER, EXECUTIVE 100 INC., AND IT IS AGREED THAT THIS
AGREEMENT SHALL BE CONTINUING IN NATURE UNTIL THE COMPLETION
OF THE PARK PROJECT.

3. THAT THE AGREED PRICE OF THE DESIGN AND CONSTRUCTION OF
THE PARK SHALL BE $300,000,000. BUT, SHALL BE SUBJECT TO THE
APPROVAL OF BOTH PARTIES AND SUBJECT TO ANY WRITTEN CHANGE
ORDERS APPROVED BY BOTH PARTIES. SAME SHALL BE IN WRITING
ONLY AND APPENDED OR ANNEXED TO THIS AGREEMENT OR IN THE
ALTERNATIVE MARKED AS EXHIBITS TO THIS AGREEMENT OR IN THE
ALTERNATIVE MARKED AS EXHIBITS TO THIS AGREEMENT FROM TIME TO
TIME AND PLACE AND WITH BOTH PARTIES RETAINING THE NECESSARY
CHANGE ORDERS. AMOUNTS CERTIFIED AND AMOUNTS RECEIVED SHALL
BE CONTROLLED BY THE APPROVAL OF BOTH PARTIES AND APPENDED TO
THIS DOCUMENT OR IN THE ALTERNATIVE MARKED AS EXHIBITS TO
THIS AGREEMENT FOR ACCOUNTING PURPOSES.

4. IT IS CONSIDERED BY THE PARTIES THAT THIS PROJECT SHALL
TAKE A PERIOD OF THREE YEARS TO COMPLETE FROM THE YEAR 1994 1
JANUARY. HOWEVER, SHOULD CHANGES BE MADE TO THE PARK FROM
TIME TO TIME THEN IN THAT EVENT TIME OF COMPLETION SHALL BE
EXTENDED AS AGREED BY THE PARTIES.

5. THE CONSTRUCTION COMPANY AGREES TO BE PAID DURING THE
STAGES OF DEVELOPMENT ON A CERTIFICATION OF COMPLETION
SCHEDULE AND OR ON ACCEPTABLE AMENDMENT FROM THE OWNER ON THE
FOLLOWING SCHEDULE:

A. 3% UPON THE COMMENCEMENT OF THE DESIGN AND BEGINNING OF
ACCEPTANCE OF CONCEPT BY THE OWNER.

B. 7% UPON BEGINNING OF MODEL AND OTHER DESIGN PHASE.
ADDITIONAL CERTIFICATION BY THE OWNER AND BUILDER.

C. 10% UPON THE BEGINNING OF MOBILIZATION FOR THE PROJECT

BY THE BUILDER AND CERTIFICATION TO THE OWNER OF SAME.

D. 10% UPON THE EARTH WORK AND ELECTRIC AND SEWER SYSTEM BEGINNING CONSTRUCTION.

E. 10% UPON THE COMPLETION OF THE EARTH WORK AND ELECTRIC AND SEWER SYSTEM.

F. 10% UPON THE BEGINNING OF SHIPMENT OF AMUSEMENT EQUIPMENT.

G. 10% UPON THE INSTALLATION OF AMUSEMENT EQUIPMENT.

H. 10% UPON THE LANDSCAPE AND INSTALLATION OF LANDSCAPE SYSTEMS.

I. 10% UPON THE COMPLETION OF LANDSCAPE AND EXTERIOR AND INTERIOR OF BUILDINGS.

J. 10% UPON THE APPROVAL AND INSTALLATION OF ALL WATER PARK AND TRAVELING SYSTEMS IN THE PARK.

K. 10% UPON DELIVERY OF THE PROJECT TO THE OWNER.

6. IT IS AGREED AND CONSIDERED BY THE PARTIES THAT THIS PROJECT MAY FROM  TIME TO TIME AND THAT NECESSARY REVISIONS OF THIS AGREEMENT MAY BE NECESSARY FORM TIME TO TIME AND FURTHER THAT THE PARTIES AGREE TO SETTLE ANY NECESSARY DISAGREEMENTS BY THE USE OF A ARBITRATION TEAM ACCORDING TO THE TERMS OF THE AMERICAN ARBITRATION ASSOCIATION.

7. IT IS FURTHER AGREED THAT FROM TIME TO TIME NECESSARY CERTIFICATIONS OF COMPLETION SHALL BE PRESENTED AND ADDITIONAL ADVANCES SHALL BE NECESSARY AND APPROVED FOR ANY CHANGES IN THE PROJECT.  ALL SUCH CHANGES AND ADDITIONAL ADVANCES SHALL BE APPENDED TO THIS AGREEMENT OR IN THE ALTERNATIVE BE MARKED AS EXHIBITS TO THIS AGREEMENT.

8. THAT THE CONCEPT AND NECESSARY PLANS FOR THE PROJECT AND APPROVAL SHALL BE COMPLETED AS SOON AS POSSIBLE AFTER THIS AGREEMENT AND SHALL BE PRESENTED TO THE OWNER.

9. IT IS AGREED BY THE PARTIES THAT THIS AGREEMENT SHALL SUCCEED THE INDIVIDUAL SIGNERS AND INURE TO THE BENEFIT OF THE PARTIES OF THIS AGREEMENT.  THAT THERE IS NO FURTHER AGREEMENTS BETWEEN THE PARTIES AT THIS DATE. 1 NOVEMBER 1993.

GEORGE MAY, PRESIDENT FOR,
EXECUTIVE 100 INC.

G.H. NEELY, PRESIDENT FOR
MIDDLE EAST CONSTRUCTION

11-13-93

To; James J. Blosser
    Blockbuster Entertainment
    One Blockbuster Plaza
    Ft. lauderdale, Fl. 33301

Re; Your Letter of 11-9-93
    my new invention

Dear James,

Please find my letter dated 10-30-93 to Chuck Mathewson Chairman
of International Game Technology, and confidential plans for a
random pay out reverse vending machine.

This machine would allow Gambling under current Florida Law, and
promote recycling on a large scale, in addition to the profit from
the recycled material.

Better then a slot machine,gambling plus profit from the recycled
material.

This machine could be put into all stores and bars that sell cans.

I am in process of obtaining a patent on this machine and a manufact-
urer for the machine.

We would like to put this machine in your Theme Park Project and or
have your company participate in the obtaining of the patent and man-
ufacture of these machines if we do not reach an agreement with Chuck
Mathewson of International Game technology.

Please contact us with a set time and place so that we may discus the
your company's joint venture in the obtaining of a patent for these
machines and the manufacture, or the purchase of these machines from
International Game Technology if we reach an agreement.

                                        Cordially Yours

                                        George May
                                        P.O. Box 32247
                                        P.B.G. Fl. 33420
                                        407-627-6776

10-30-93

To; Chuck Mathewson Chairman
    International Game Technology
    1085 Palms Airport Dr.
    Las Vegas Nevada  89123

Re; manufacture of my invention
    trade secrets, and idea for
    the gaming industry.

Dear Chuck,

I have discovered that a machine can be built that is approved
under florida statutes that allows a random incentive bonus in
the form of money.

This machine is described as a reverse vending machine into which
empty containers are deposited for recycling.

I have prepared drawing of several machines that would comply with
Florida Law.

One machine would be a can crushing machine that requires a payment
of $1.00 for each can crushed.

The reverse vending machines into which containers are deposited for
recycling and pay off of the bonus amounts are to be designed to look
as Robots, Space Aliens, Space  Ships, and Space Monsters.

I would like for you to build these machines and obtain a patent in
our names for these machines.

I am planning a Space Oriented Theme Park in Florida and would like
to use these machines and Amusement games or machines in the park.

Your Company could use these machines in California as they also are
not regulated under their State Law.

Please contact me regarding this joint venture and send me a patent
agreement for the use of my invention, trade secrets, and idea for
the gaming industry.

I had previously received information from your company for my pro-
ject in Las Vegas.

Cordially Yours

George May
P.O. Box 32247
P.B.G. Fl. 33420
407-627-6776

P L30 213 0L2

## Certified Mail Receipt
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

| | |
|---|---|
| Sent to | Chuck Mathewson |
| Street & No. | 1085 Palms Airport Dr |
| P.O., State & ZIP Code | Las Vegas NV 89123 |
| Postage | $ 240 |
| Certified Fee | 170 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 100 |
| Return Receipt Showing Date & Addressee's Delivery | |
| TOTAL Postage & Fees | 490 |
| Postmark or Date | 1993 |

PS Form 3800, June 1990

---

**SENDER:**
* Complete items 1 and/or 2 for additional services.
* Complete items 3, and 4a & b.
* Print your name and address on the reverse of this form so that we can return this card to you.
* Attach this form to the front of the mailpiece, or on the back if space does not permit.
* Write "Return Receipt Requested" on the mailpiece below the article number.
* The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Chuck Mathewson
1085 Palms Airport Dr
Las Vegas NV 89123

4a. Article Number

4b. Service Type
☐ Registered      ☐ Insured
☐ Certified       ☐ COD
☐ Express Mail    ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)
Todd Sawin

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991      ☆U.S. GPO: 1992—323-402      **DOMESTIC RETURN RECEIPT**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.



**International Game Technology**

December 3, 1993

Mr. George May
P.O. Box 32247
Palm Beach Gardens, FL  33420

Re:    Invention

Dear Mr. May,

     I have received your letter to Chuck Mathewson dated, October 30, 1993.  At this time, IGT is not interested in using the concept as set forth in your letter.

     Thank you for your interest in IGT.

Sincerely,

Stephen W. Morro
V.P., Marketing

SWM/vh

cc:  Chuck Mathewson



DEC 3 93

Mr. George May
P.O. Box 32247
Palm Beach Gardens, FL   33420



International Game Technology
P.O. Box 10580, Reno, NV 89510-0580

2A    THE PALM BEACH POST    TUESDAY, JUNE 30, 1998

# Newsmakers

## Bush calls Springer's show 'waste,' denounces report

*Palm Beach Post Wire Reports*

**George Bush**, speaking on Sunday before a volunteer group, bemoaned a new report that concluded Americans would rather watch TV than pitch in to cure social ills. "Now I know **Jerry Springer** has wonderfully educational programs, but what a horrible waste, give me a break," Bush told more than 1,000 members of the National Points of Light Foundation in New Orleans. "Here you are giving of yourselves to help someone and a lot of kids — not just kids — sit around and watch that trash," he said. Bush said he disagreed with the National Commission on Civic Renewal's study, which said the United States is "a nation of spectators," disengaged from community and government work and overwhelmed by crime, poverty and other problems. "The picture painted in this report, that we are a nation of spectators, does not square with my view of our country, nor yours. I believe we are a nation

## Heads up!

LAS VEGAS — A graphic on the pyramid-shaped Luxor hotel-casino depicts a hole in its side left by an asteroid Monday. The stunt was designed by Touchstone Pictures to promote the summer film, *Armageddon*, which opens nationally Wednesday.



LENNOX McCLENDON/The Associated Press

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

For Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 806—290**



EFFECTIVE DATE OF REGISTRATION

| OCT | 6 | 1995 |
|-----|---|------|
| Month | Day | Year |



---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS WORK ▼

PHAROHS

NATURE OF THIS WORK ▼ See instructions

PHOTOGRAPH

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

NONE

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

NAME OF AUTHOR ▼

GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼ 1/6/46    Year Died ▼ NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ PALM BEACH

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
4/27/90

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ December Day ▶ 1 Year ▶ 1992
ONLY if this work has been published.
UNITED STATES ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420

APPLICATION RECEIVED JUL 29 1996
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 29 1996
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

NONE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM VA

☑ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

NONE

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420

Area Code and Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GEORGE MAY                              date ▶  10/4/95

☞ Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**
Name ▼
GEORGE MAY

Number/Street/Apartment Number ▼
P.O. BOX 32247

City/State/ZIP ▼
PALM BCH. GARDENS, FL. 33420

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection



# CERTIFICATE OF REGISTRATION



FORM VA
For a Work of the Visual Arts

**VA 806 – 291**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

EFFECTIVE DATE OF REGISTRATION

OCT    6    1995
Month    Day    Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼

PHAROHS

NATURE OF THIS WORK ▼ See instructions

DESIGN ON SHEETLIKE MATERIAL

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

NONE

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2 a**

NAME OF AUTHOR ▼

GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼  1/6/46     Year Died ▼  NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ PALM BEACH

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work
☒ Design on sheetlike material

---

NAME OF AUTHOR ▼

GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

07777295

---

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
4/27/90 ◀ Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ DECEMBER   Day ▶ 1   Year ▶ 1992
UNITED STATES     ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

NONE

APPLICATION RECEIVED
JUL 29 1996

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED   OCT 29 1995

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   • See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages



EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

NONE

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GEORGE MAY                                    date ▶  10/4/95

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
GEORGE MAY

Number/Street/Apartment Number ▼
P.O. BOX 32247

**Certificate
will be
mailed in
window
envelope**

City/State/ZIP ▼
PALM BCH. GARDENS, FL. 33420

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.



# CERTIFICATE OF REGISTRATION

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 717 – 433

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

JAN 16 1996

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**TITLE OF THIS WORK ▼**

PHARAOHS

**NATURE OF THIS WORK ▼** See instructions

TECHNICAL DRAWING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

NONE

If published in a periodical or serial give: **Volume ▼**       **Number ▼**       **Issue Date ▼**       **On Pages ▼**

---

**NAME OF AUTHOR ▼**

a   GEORGE MAY

**DATES OF BIRTH AND DEATH**
Year Born ▼  1/6/46       Year Died ▼  NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ FLORIDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☒ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

GEORGE MAY

**DATES OF BIRTH AND DEATH**
Year Born ▼  1/6/46       Year Died ▼  NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ FLORIDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☒ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

barcode: 079021645

---

a   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given — Year in all cases.
1990

b   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 21   Year ▶ 1992
UNITED STATES

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GEORGE MAY
P.O. BOX 32247.
PALM BCH. GARDENS, FL. 33420

APPLICATION RECEIVED
JAN 16 1996   MAY 8   19

ONE DEPOSIT RECEIVED
JAN 16 1996

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE / OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

NONE

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ .        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

WORK BY GEORGE MAY

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

OPENING AT THE TOP FOR A LIGHT, LIGHT AT THE TOP, SPINX IN FRONT

"REVISIONS TO TECHNICAL DRAWING"

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

NONE

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420
407-689-9821
Area Code and Telephone Number ▶

**7**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GEORGE MAY                                    date ▶ 1/12/96

Handwritten signature (X) ▼

**8**

**MAIL CERTIFI-CATE TO**

Name ▼
GEORGE MAY

Number/Street/Apartment Number ▼
P.O. BOX 32247

Certificate will be mailed in window envelope

City/State/ZIP ▼
PALM BCH. GARDENS, FL. 33420

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**C**

The Copyright Office
has the authority to
adjust fees at 5 year
intervals, based on changes
in the Consumer Price
Index. The next adjustment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.



# CERTIFICATE OF REGISTRATION



For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE



**VA 746-207**

EFFECTIVE DATE OF REGISTRATION

FEB 2 2 1996

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

NATURE OF THIS WORK ▼ See instructions

**TITLE OF THIS WORK ▼**

PHARAOHS    * (constructed Dec. 1992)    ARCHITECTURAL WORK

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about collective work in which the contribution appeared.   Title of Collective Work ▼

NONE

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

a   GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1/6/46    NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ FLORIDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NOTE
Under the law, the "author" of

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☒ Architectural work

**NAME OF AUTHOR ▼**

b   GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1/6/46    NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ FLORIDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☒ Architectural work

---

**3**

a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
1990    ◀ Year   in all cases.

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month ▶ December   Day ▶ 21   Year ▶ 199?
ONLY if this work has been published.
United States

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420

*Date of copyright Registration*

APPLICATION RECEIVED FEB 2
SEP 25 1995
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

NONE

* Added by C.O. by authority of letter, received
Jan. 11, 1996 from Mr. George May.

** Deleted by C.O. by authority of phone
conversation on Feb. 16, 1996 with Mr. George May.

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
☑ Yes

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

** ~~WORK BY GEORGE MAY~~

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

NONE

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420
407-689-9821
                    Area Code and Telephone Number ▶

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                                                                        date ▶  9-21-95
GEORGE MAY

        Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
          GEORGE MAY
          Number/Street/Apartment Number ▼

Certificate
will be
mailed in
window

          P.O. BOX 32247
          City/State/ZIP ▼
          PALM BCH. GARDENS, FL. 33420

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE

VA 746-207

EFFECTIVE DATE OF REGISTRATION

FEB 2 2 1996

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**TITLE OF THIS WORK ▼**

PHARAOHS    * (constructed Dec. 1992)

**NATURE OF THIS WORK** See instructions

ARCHITECTURAL WORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

NONE

If published in a periodical or serial give: **Volume ▼** : **Number ▼** : **Issue Date ▼** : **On Pages ▼**

---

## 2

**a    NAME OF AUTHOR ▼**

GEORGE MAY

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼
1/6/46   NONE

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ FLORIDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work
☐ Design on sheetlike material

---

**b    NAME OF AUTHOR ▼**

GEORGE MAY

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼
1/6/46   NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ FLORIDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☒ Architectural work
☐ Design on sheetlike material

0 7 5 2 9 0 5 0 3

---

## 3

**a    YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
1990

**b    DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ December  Day ▶ 21  Year ▶ 1992
United States    ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
SEP 25 1995    FEB 22 1996

**ONE DEPOSIT RECEIVED**
JAN 11 1996

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

* Added by C.O. by authority of letter, received Jan. 11, 1996 from Mr. George May.

** Deleted by C.O. by authority of phone conversation on Feb. 16, 1996 with Mr. George May.

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

** ~~WORK BY GEORGE MAY~~

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

NONE

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420
407-689-9821   Area Code and Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
GEORGE MAY                                              date ▶ 9-21-95

Handwritten signature (X) ▼

---

MAIL CERTIFI- CATE TO

Name ▼
GEORGE MAY

Number/Street/Apartment Number ▼
P.O. BOX 32247

Certificate

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material





LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

    **THIS IS TO CERTIFY**, that the attached photocopy is a true representation of the work entitled PHAROS deposited in the Copyright Office with claim of copyright registered under the number VA 806-291.

    **THIS IS TO CERTIFY FURTHER**, that the work registered in black and white picture form also has a color photograph. Due to the nature of the work deposited the attached copies are the best possible electrostatic positive prints available.

    **IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on December 7, 1998.

Marybeth Peters
Register of Copyrights

By    Charles Roberts
Head
Certifications and Documents
  Section
Information and Reference
  Division







VA 806-291

I AM THE AUTHOR
OWNER, CREATOR
Registered, Copyrighted
OWNER OF THE TRADE
DRESS, DESIGN, TRADE MARK,
PICTURE MARK, DESIGN
PATENT

November 13, 1995



George May
P.O. Box 32247
Palm Beach Gardens, FL  33420

Our reference:  96000178

**LIBRARY
OF
CONGRESS**

This refers to your request of recent date.

Our search in the appropriate Copyright Office indexes and
catalogs that include works cataloged from 1978 through
September 29, 1995 under the names Ramparts, Inc., Circus
Circus Hotel and Casino and the title LUXOR disclosed no
separate registration for a work identifiable as
architectural work or photograph/artwork and identified under
these names and this specific title.

The following registration was noted and is given as of
possible interest:

Washington
D.C.
20559

> CIRCUS CIRCUS HOTEL-CASINO.  Col.
> photo.  View of electric billboard
> with costumed clown holding pinwheel.
> Appl. title:  "The Circus-Circus at
> dusk." Appl. author:  John Paul
> Harlowe.  Registered in the name of
> John Paul Harlowe, effective
> November 6, 1980 under VAu 21-068
> following creation in 1980.

Your remittances totalling $40.00 have been applied in
payment for this search and report.

*Marla Y. Muse*
Marla Y. Muse
Senior Copyright Research Specialist,
Reference and Bibliography Section

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

FOR a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGIST

**VA 775 – 829**

EFFECTIVE DATE OF REGISTRATION

**JUL 0 8 1996**

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

FALCON STATION

NATURE OF THIS WORK ▼ See instructions

TECHNICAL DRAWING

PREVIOUS OR ALTERNATIVE TITLES ▼
NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼
NONE

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2 a**

NAME OF AUTHOR ▼

GEORGE MAY

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1-4-46          NONE

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶ FLORIDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee...

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map
☐ 2-Dimensional artwork        ☐ Photograph
☐ Reproduction of work of art  ☐ Jewelry design
☐ Design on sheetlike material

☒ Technical drawing
☐ Text
☐ Architectural work

NAME OF AUTHOR ▼

JOSEPH CROSBY

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
8-13-36        NONE

Is this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶ FLORIDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map
☐ 2-Dimensional artwork        ☐ Photograph
☐ Reproduction of work of art  ☐ Jewelry design
☐ Design on sheetlike material

☒ Technical drawing
☐ Text
☐ Architectural work

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992
◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ APRIL   Day ▶ 16   Year ▶ 1992
UNITED STATES     ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS
FL. 33420

JOSEPH CROSBY
P.O. BOX 15785
WEST PALM BCH.
FL. 33416

GARY NEELY
777 W. LINDENWOOD
ORMOND BEACH
FL. 32174

APPLICATION RECEIVED
JUL. 03 1996
ONE DEPOSIT RECEIVED
JUL. 03 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY CONTRACT

* Continuation sheet completed by C.O. on basis of
amended appl. rec'd 8/28/96. See C.O. correspondence
ie.

CHECKED BY

CORRESPONDENCE
☑ Yes

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
WORK BY GEORGE MAY, JOSEPH CROSBY, AND GARY NEELY

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

NONE

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
GEORGE MAY
P.O. BOX 32247
PALM BCH. GARDENS, FL. 33420
407-689-9821
Area Code and Telephone Number ▶

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
· GEORGE MAY
Date ▶  7-1-96
Handwritten signature (X) ▼

Mail
certificate
to:
Name ▼
GEORGE MAY

Certificate
will be
mailed in
window
envelope
Number/Street/Apt ▼
P.O. BOX 32247
City/State/ZIP ▼
PALM BCH. GARDENS, FL. 33420

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.

- If at all possible, try to fit the information called for into the spaces provided on the basic form.

- If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.

- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.

- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on the basic form call for specific items of information and should not need continuation.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

FORM ___VA___ /CON

UNITED STATES COPYRIGHT OFFICE

RE

VA 775-829

PA PAU SE SEG SEU SR SRU TX TXU (VA) VAU

EFFECTIVE DATE OF REGISTRATION

JUL 0 8 1996
Month / Day / Year

CONTINUATION SHEET RECEIVED

AUG 2 8 1996

Page __3__ of __3__ pages

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

... FALCON STATION ...............

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

George May, P.O. Box 32247, Palm Beach Gardens, FL 33420

---

## B
**Continuation of Space 2**

### d

**NAME OF AUTHOR ▼**  Gary Neely

**DATES OF BIRTH AND DEATH**
Year Born ▼ 7/5/42     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ Florida

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No    If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Technical drawing

### e

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No    If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**  Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No    If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

CONTINUATION OF (Check which)        □ Space 1        □ Space 4        Space 6

# C

Continuation
of other
Spaces



STAR TREK STAR City

(Inter Space Ship

Hotel High

Rise Theme

Park

Trads Dress

Registered

Copyright



CONCEPTUAL
MASTER PLAN

scale:          1"=200'-0"

Island. Two soaring spires decorated with orange terra-cotta ornamentation flanked the hotel's central dome, adding a final touch of lofty majesty to the whole creation.

Magnificent though it was, the Hotel Ponce de Leon was only the centerpiece of a whole program of additions and alterations Flagler planned for St. Augustine. Across the way from the Ponce de Leon, also on filled land, he built the Alcazar, a smaller hotel which offered slightly more modest accommodations for the overflow from his major hotel. The Alcazar also contained an arcade of shops for the hotel's guests, and to the rear there was an elaborate health and entertainment casino. The Casino contained a large indoor swimming pool, several types of therapeutic baths, steam rooms, a gymnasium, bowling alley and dance floor. The Alcazar continued Carrere and Hastings' Spanish Renaissance architecture, making it a fitting complement to the Ponce de Leon.

Franklin W. Smith entered into the spirit of the moment by erecting the Casa Monica Hotel just across Cordova Street from Flagler's hotels. The walls of Smith's exuberant medieval Moorish castle were of the same cast concrete as the Ponce de Leon and Alcazar and his own Villa Zorayda. Inside was a large, glassed-over patio, the Sun Room, where winter chills were completely banished. The effort to complete the hotel, however, proved too much for Smith's finances, and he sold out to Flagler, who renamed the hotel the Cordova and added it to his enterprises.

To insure that guests could reach his hotels, which were, after all, on the edge of the Florida frontier, Flagler purchased the railroad running north from St. Augustine to the St. Johns River and built the first bridge across the river to connect with the rail lines from the north. Henceforth, a traveler could step out of the dismal, frigid weather of New York City into a Pullman "palace" car and thirty-five hours later step out into the warm sunshine and blossoming flowers at Flagler's new railroad station in St. Augustine. The magic of changing winter into spring overnight captured the imagination of the winter-bound north and set the Florida tourist industry booming.

From the rail depot travelers went to the hotels in brightly





The Spanish
built by Henry
Street. the Al
Moorish arch
triumvirate.

orange terra-cotta
ome, adding a final
n.

e de Leon was only
ions and alterations
the way from the
e Alcazar, a smaller
:commodations for
r also contained an
the rear there was
. The Casino con-
ral types of thera-
bowling alley and
:re and Hastings'
a fitting comple-

of the moment by
rdova Street from
nt medieval Moor-
he Ponce de Leon
:side was a large,
vinter chills were
he hotel; however,
old out to Flagler,
added it to his

which were, after
er purchased the
:e St. Johns River
:nect with the rail
:ld step out of the
:llman "palace".
: warm sunshine
:ad station in St.
:pring overnight
north and set the

otels in brightly





The Spanish Renaissance Hotel Ponce de Leon (top) was the first
built by Henry M. Flagler, opening in 1888. A year later, across King
Street, the Alcazar (lower right) welcomed guests. The Cordova, of
Moorish architecture (lower left) completed the luxurious
triumvirate.