ENTERED AND SERVED
OCT 2 4 2001
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

RECEIVED AND FILED
OCT 19   1 47 PM '01
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CV-S-00-760-KJD

| | |
|---|---|
| GEORGE MAY<br><br>Plaintiff,<br><br>vs.<br><br>ROGER L. HUNT ETC.<br><br>Defendant, | **SUPPLEMENTAL O R D E R**<br><br>CV-S-00-1227-KJD(PAL)<br>CV-S-00-1228-KJD(PAL) |
| GEORGE MAY<br><br>Plaintiff,<br><br>vs.<br><br>CIRCUS CIRCUS ENTERPRISES INC. ET AL<br><br>Defendants, | CV-S-96-0463-KJD |

14

| | |
|---|---|
| GEORGE MAY<br><br>　　Plaintiff,<br><br>vs.<br><br>CIRCUS CIRCUS ENTERPRISES, INC.<br><br>　　Defendant, | CV-S-98-0651-KJD(LRL) |
| GEORGE MAY<br><br>　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL GAME TECHNOLOGY, INC. ET AL<br><br>　　Defendant, | CV-S-98-0652-KJD(PAL) |
| GEORGE MAY<br><br>　　Plaintiff,<br><br>vs.<br><br>CIRCUS CIRCUS ENTERPRISES ETC. ET AL<br><br>　　Defendant, | CV-S-98-1322-KJD(LRL) |
| GEORGE MAY,<br><br>　　Plaintiff,<br><br>vs.<br><br>MARK G. TRATO'S CIRCUS CIRCUS ENTERPRISES, INC. ET AL<br><br>　　Defendant, | CV-S-00-0760-KJD(RJJ) ✓ |

On June 6, 2001, the Court issued a warrant of arrest for the Plaintiff for his contemptuous actions before the Court. The Court set bond at $100,000. In order to clarify the June 6 order,

2

1   IT IS HEREBY ORDERED that all necessary force is authorized in effectuating
2 Plaintiff George May's arrest.
3   IT IS FURTHER ORDERED that $100,000 bond is set for cash or surety.
4   DATED this \_\_19th\_\_ day of October, 2001.

```
                                            Kent J. Dawson
                                            United States District Judge
```

3